UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GE CAPITAL LEASING CORPORATION,        )<br>    Plaintiff,                      )<br>                                       )<br>     v.                                )<br>                                       )<br>PARAMETRIC TECHNOLOGY CORPORATION,     )<br>    Defendant.                      )  | CIVIL ACTION<br>NO. 07-11416-DPW |

## **FINAL JUDGMENT OF DISMISSAL**

WOODLOCK, District Judge

In accordance with this Court's electronic Order dated September 30, 2010 denying the plaintiffs' Motion to Vacate Dismissal, and Memorandum and Order dated September 30, 2010, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

BY THE COURT,

/s/ Jarrett Lovett

Deputy Clerk

DATED: September 30, 2010